UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE APPLICATION OF : Mag. No. 14-7238
THE UNITED STATES FOR A COMPLAINT
:
: **SEALING ORDER**

Upon application of the United States Attorney for the District of New Jersey (by Paul Murphy and Zach Intrater, Assistant United States Attorneys, appearing), for an order sealing the search warrant and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 14th day of November, 2014,

ORDERED that the complaint and all supporting papers in the above-captioned matter be sealed, except for such copies of the search warrant, if any, that are needed to effectuate its purpose.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge